# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MELISSA A. RAIGAN

VERSUS

TROY C. RUSICH

NO.  2022 CW 1353

**MARCH 6, 2023**

---

In Re:  Troy C. Rusich, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2022-10617.

---

**BEFORE:  WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **JEW**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT